**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00818-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

CRAIG ROBLEDO-VALDEZ,

     Plaintiff,

v.

JEWEL WEST,
TRAVIS TRANI,
SUSAN JONES,
DALE BURKE,
REANNE WILL,
JOE KELEMAN,
DANIEL DENT,
CHRIS BARR, and
ANGELA TIDEMAN,

     Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

Plaintiff, a Colorado state prisoner, has filed *pro se* a Prisoner Complaint (ECF

No. 1) and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C.

§ 1915 (ECF No. 3).  As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b),

the court has determined that the documents are deficient as described in this order.

Plaintiff will be directed to cure the following if he wishes to pursue any claims in this

action.  Any papers that Plaintiff files in response to this order must include the civil

action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)    __      is not submitted
(2)    __      is missing affidavit
(3)    <u>xx</u>     is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)    __      is missing certificate showing current balance in prison account
(5)    __      is missing required financial information
(6)    __      is missing authorization to calculate and disburse filing fee payments
(7)    __      is missing an original signature by the prisoner
(8)    __      is not on proper form (must use the court's current form)
(9)    __      names in caption do not match names in caption of complaint, petition or habeas application
(10)   __      other: _____.

**Complaint, Petition or Application**:
(11)   __      is not submitted
(12)   __      is not on proper form
(13)   __      is missing an original signature by the prisoner
(14)   __      is missing page nos. ___
(15)   __      uses et al. instead of listing all parties in caption
(16)   __      names in caption do not match names in text
(17)   __      addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)   __      other: _____.

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiency **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED March 20, 2014, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge